IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZINA M ROBINSON,

    Plaintiff,

v.                                          CASE NO. 5:12-cv-00352-MP-EMT

MICHAEL J ASTRUE, CAROLYN W COLVIN,

    Defendants.

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation. (Doc. 22). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _25th_ day of March, 2014

                                        *s/Maurice M. Paul*
                                        Maurice M. Paul, Senior District Judge